| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MILLER, GRAY H. | 2. Court or Organization<br><br>U.S. DIST. COURT, SO. DIST. TX | 3. Date of Report<br><br>06/29/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>BOB CASEY U. S. COURTHOUSE<br>515 RUSK AVE<br>HOUSTON, TX 77002 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | USS Cavalla Historical Foundation |
| 2. | Member of the Board | Federal Bar Association - Southern District of Texas |
| 3. | Member of the Advisory Board | National Alliance on Mental Illness (NAMI) of Greater Houston |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Everbank Bank Accounts | A | Interest | | | Closed | 11/07/17 | K | | |
| 2. Amegy Bank Account | | None | K | T | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. Specialty Foods Group LLC CL 1 (formerly SFG Parent Inc) | | None | J | T | Redeemed (part) | 03/31/17 | J | | |
| 5. Specialty Foods Group LLC CL 2 (X) | | None | J | T | | | | | |
| 6. Specialty Foods Group Income T/U | | None | J | T | Redeemed (part) | 03/07/17 | J | | |
| 7. Brokerage Account #2 (H) | | | | | | | | | |
| 8. Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 9. American Funds Capital Income Builder Fund Class F2 (CAIFX) | D | Dividend | M | T | | | | | |
| 10. American Developing World Growth and Income Fund Class F2 (DWGHX) | A | Dividend | | | Sold | 01/10/17 | J | A | |
| 11. Tax Exempt Bond Fund of America Class F2 (TEAFX) | A | Dividend | K | T | Sold (part) | 10/19/17 | J | | |
| 12. Bond Fund of America Cl F2 (ABNFX) (X) | A | Dividend | J | T | | | | | |
| 13. American Funds Inflation Linked Bond Fund Class F2 (BFIGX) | A | Dividend | J | T | | | | | |
| 14. IRA #1 (H) | | | | | | | | | |
| 15. Raymond James Bank Deposit Program | A | Interest | K | T | | | | | |
| 16. Invesco Equally Weighted S & P 500 Fund Class Y (VADDX) | D | Dividend | N | T | Sold (part) | 06/28/17 | M | | |
| 17. Allianzgi Global Water Fund Class P (AWTPX) | C | Dividend | L | T | Sold (part) | 06/28/17 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Developing World Growth and Income FD CL F2 (DWGHX) | B | Dividend | N | T | Buy (add'l) | 06/28/17 | L | | |
| 19. American Funds Capital World Gr & Inc Fd Cl F2 (WGFIX) | D | Dividend | M | T | Buy | 06/28/17 | M | | |
| 20. American Funds Europacific Growth Fund Cl F2 (AEPFX) | D | Dividend | N | T | Buy | 06/28/17 | M | | |
| 21. American Funds Intl Growth & Inc Fd CL F2 (IGFFX) | C | Dividend | M | T | Buy | 06/28/17 | M | | |
| 22. MFS Mid Cap Value Fund Class I (MCVIX) | D | Dividend | M | T | Sold (part) | 06/28/17 | J | | |
| 23. MFS Blended Research Core Eq Fd Cl I (MUSEX) | D | Dividend | M | T | Buy | 06/28/17 | M | | |
| 24. MFS Value Fund Class I (MEIIX) | C | Dividend | | | Sold | 06/28/17 | M | | |
| 25. American Funds New World Fund Class F2 (NFFFX) | B | Dividend | | | Sold | 06/28/17 | M | | |
| 26. First Trust Dow Jones Internet (FDN) | | None | L | T | Sold (part) | 06/28/17 | J | | |
| 27. First TR NASDAQ100 Tech Index SHS (QTEC) | A | Dividend | L | T | Sold (part) | 06/28/17 | J | | |
| 28. First Trust ETF II Energy Alphadex Fund Annual (FXN) | A | Dividend | | | Sold | 06/28/17 | K | | |
| 29. First Trust ETF II Indls Prod Durable Alphadex Fund Annual (FXR) | A | Dividend | L | T | | | | | |
| 30. First Tr ETF VI NASDAQ BK ETF (FTXO) | A | Dividend | L | T | Buy | 06/28/17 | L | | |
| 31. Pimco Commodities Plus Strategy Fund Class P (PCLPX) | D | Dividend | | | Sold | 06/29/17 | M | | |
| 32. IRA #2 (H) | | | | | | | | | |
| 33. Raymond James Bank Deposit Program (Y) | | | | | | | | | |
| 34. Invesco Equally Weighted S & P 500 Fund Class Y (VADDX) | A | Dividend | J | T | Sold (part) | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianzgi Global Water Fund Class P (AWTPX) | A | Dividend | J | T | | | | | |
| 36. American Funds Developing World Growth and Income FD CL F2 (DWGHX) | A | Dividend | J | T | Buy (add'l) | 07/03/17 | J | | |
| 37. American Funds Capital World Growth & Inc Fd Cl F2 (WGIFX) | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 38. American Funds Europacific Growth Fund Cl 2 (AEPFX) | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 39. American Funds Intl Growth & Inc Fd Cl F2 (IGFFX) | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 40. MFS Mid Cap Value Fund Class I (MCVIX) | A | Dividend | J | T | | | | | |
| 41. MFS Blended Research Core Eq Fd Cl I (MUSEX) | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 42. | | | | | Sold (part) | 12/18/17 | J | | |
| 43. First Trust Dow Jones Internet (FDN) | | None | J | T | | | | | |
| 44. First TR NASDAQ100 Tech Index SHS (QTEC) | A | Dividend | J | T | | | | | |
| 45. First Trust ETF II Indls Prod Durable Alphadex Fund Annual (FXR) | A | Dividend | J | T | | | | | |
| 46. First Trust ETF VI NASDAQ BK ETF (FTXO) | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 47. American Funds New World Fund Class F2 - N/L | A | Dividend | | | Sold | 07/03/17 | J | | |
| 48. First Trust ETF II Energy Alphadex Fund Annual | A | Dividend | | | Sold | 07/03/17 | J | | |
| 49. MFS Value Fund Class I | A | Dividend | | | Sold | 07/03/17 | J | | |
| 50. Pimco Commodities Plus Strategy Fund Class P | | None | | | Sold | 06/29/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLER, GRAY H. | 06/29/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GRAY H. MILLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544